In the Matter of the Claim of BEATRICE DAVIS, Respondent, against EDWARD J. ANDERSON et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.